UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED C46
APR 28 2008
Apr 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Javier Perez

v.

Defendant(s) Jennifer J. Witherspoon
Megan Mecardo
Lake County Jail

08CV2401
JUDGE SHADUR
MAG. JUDGE COX

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Javier Perez, declare that I am the (check appropriate box)
☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I have call 10 attorney's and have written 10 attorney's and have gotten negative Responses. Therefore I ask this court to Appoint counsel. (Thank You)

3. In further support of my motion, I declare that (check appropriate box):

☑ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

☑ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Movant's Signature

P.O. Box 38
Street Address

Waukegan, Illinois 60079
City/State/Zip

Date: 4-22-08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |