## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2401 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Javier Perez vs. Jennifer Witherspoon, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Perez' application to proceed in forma pauperis is granted to the extent that he need not pay the full $350.00 filing fee in advance, but he is obligated to do so in installments, with the first installment being $17.44. (3-1) This Court orders Perez to file an appropriate amendment to his Complaint on or before May 15, 2008, setting out all relevant information as to his having pursued his administrative remedies and as to the actions taken by the authorities in response to those efforts. In the absence of such a filing, this Court would be constrained to dismiss both the Complaint and this action pursuant to 42 U.S.C. 1997(e)(a).

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|