FILED
5-20-2008
MAY 20 2008
mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Javier Perez L#127537

vs

Jennifer witherspoon

Megan Mecarda

Case No# 08C2401
08cv2401

Presents as Requested that befor filing 42 U.S. civil that I exthausted All Admin with Lake county Jail a wish that the followen be filed with courts.

Javier Perez  5/14/08

3 grievance an also appeal of grievance.

Javier Perez L #127537

Case No # 08C2401

VS

Jennifer witherspoon
Megan Mecardo

Presents As Requested
Exhausten of Admin Remides in the related

Javier Perez 5/12/08

*Grievance* noted   please file.



# LAKE COUNTY SHERIFF ADULT CORRECTIONAL DIVISION
## INMATE GRIEVANCE RESPONSE FORM

☐ Disciplinary Appeal Response      Date: 4/29/2008
☐ Grievance Appeal Response
☒ Grievance Response                 Grievance #: 08 G 587

Inmate: **Perez, Javier**         L#: 127537         Housing: ASU

Resolution

☒ Approved      ☐ Denied      ☐ Unable to Resolve      ☐ Improper Format

*Explanation:
I read the grievance that you submitted on 4/06/2008.

Sir,
You received a level II letter on 4/4/08. You received a level I letter on 4/25/08.

Note: You've been removed from ASU and placed in general population on 4/24/08.

*If you wish to appeal the grievance response, see your inmate handbook

Written by: **Ofc. LaValley**         _____
                                              Signature

Received by inmate: _____      Date/Time Received: _____

# Lake County Sheriff's Adult Correctional Division
## Inmate Grievance

**Check one** (see back for instructions)

☐ **Disciplinary Appeal** (a copy of disciplinary findings **must** be attached)
☑ **Grievance**
☐ **Grievance Appeal** (a copy of initial grievance response **must** be attached)

Date: 4-6-08

Your Name: Javier Perez   "L" Number: 127537   Housing Unit / Cell#: 30

"I have read and understand the grievance procedure as outlined in the inmate handbook"  Initials: J.P

**Describe your concern:** (You are limited to the front of this form only)

This is Regaurded My Inmate Right to Be informed of All Rules procedures an schudule's of the Faciality that direcctly Effects me Reguarden Lt mercado an the class heads decision to reclassifie me. As a "dangerous/violent Person" I was never Phorly Informed of the Hidden Policy of "Level II" which is leading to me "being Held In A.S.U. I was also denied the due process of a Impartial Disciplinary Hearing Served with 48 hours. Example I didn't Recive a Violation Report Notification But Have been Held In 23 Hour lockdown since the March 24th 2008 – Without Poorperly Informing Me an Respect to Due Process I'm being deprived. Evrt other Inmate was given Written notice an Violation Reports given with Respect to Disciplinary Procedure of the Lake County Jail This Affect my Inmate Right to treated Fairly with Respect an Imparishilness.

**Resolution Sought:** (do not leave blank) To Be Released From All Nonve Published Acts of Reclassafication that I was unaware of – An that I Be Released From A.S.U. 23 Hour lockdown A return to Population of L.C.J. An that This Report Be Filed with Respect to the Greivance Procudure of L.C.J.

Inmate Signature: Javier Perez   Received by: Ofc Izquierdo   Date / Time Received: 1900 4/6/08
6310

White – Grievance Coordinator      Yellow – Inmate                    Rev: 11/07