UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Javier Perez
                              Plaintiff,

v.                                             Case No.: 1:08−cv−02401
                                               Honorable Milton I. Shadur

Jennifer Witherspoon, et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2008:

    MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. Under the circumstances this Court grants Perez further time to provide a showing as to his claimed exhaustion of administrative remedies − − not simply until the May 26 date that he originally requested but until two weeks from today, June 20. If Perez provides satisfactory evidence of such exhaustion on or before that date, this Court will promptly vacate Order II on that ground and will turn to Perez' substantive claim to determine whether it should go forward.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.