MHN

In the United States Court District
For the Northern District of Illinois
Eastern Division,

08cv2401

| | | |
|---|---|---|
| Plaintiffs | Javier Perez, | Case No 08 C 2401 |
| | vs | Judge Shadur, |
| | Witherspoon, | |
| defendant | Mercado | Magistrate Judge Cox |

FILED
MAY 19 2008
5-19-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiffs motion Requesten For an Enlargement of time to Courts Request.

Plaintiff Javier Perez, moves the honorable Court for an Enlargement of time to Answer to Courts motion, Regurden the above Case No.

1. Plaitiff Is currently using a copy service outside of Lake County Jail which is currently maken Copies of the needed Information Requested by Courts

2. Lake County Jail doesn't provide Copies for pro-se plaintiffs in Civil matters

3. However plaintiff states He Has documents that prove or show that All Admin. Remides Have been fully Exhausted on the Plaintiffs Behalf.

Wherefor Plaintiff respectfully request For that the Courts grand His motion for an Enlargement of time to Answer the Request of Courts For 10 days, up to An Including May 26 of 2008 to File answer to Courts Request. Respectfully Submitted  Javier Perez
                                                                                      Plaintiff.