UNITED STATES DISTRICT COURT, NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

JAVIER PEREZ,
            Plaintiff,

            V.

Jennifer Witherspoon, et al.,
            Defendants.

08 C 2401

**FILED**

JUL 7 2008
Jul 7, 2018
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO RECONSIDER

Comes Now Plaintiff Javier Perez, Pro Se, and
by his Jail House Legal Assistant Melvin DeVost,
Pursuant to Fed. Civ. Rules of Procedure, and this
Court's Order of 05-21-08;
Plaintiff States as follows:

1. Plaintiff is illiterate, cannot read nor
   write.

2. The Offender whom did assist the Plaintiff
   in previous filings, is [No] Longer housed in
   confinement with Plaintiff.

3. Offender/ Legal Assistant, Melvin DeVost, is
   hereby willing to assist Plaintiff Perez
   until such time as Plaintiff have obtained
   counsel.

4. See attached Affidavits.

5. Plaintiff's Assistant is prepared to file the appropriate amendment to his Complaint, as Previously Ordered by this Court.

6. Said Assistant **Vehemently** contends that Plaintiff Perez have Merritorious claim(s) as a result of being denied Due-Process, and Subsequently being Punitively Segregated without said "Due-Process".

7. Plaintiff Perez exhausted **available** remedies, with Sufficient documentation in support **of same**.

8. Plaintiff requires the Court to Order that **No** jail **Staff** impede Nor impliment retaliatory Measures against Legal Assistant "Melvin Devost" #L-27098. Injunctive relief / Order Necessary. Wherefore, Plaintiff pray this Court resend said 05-21-08 Order, and for "Reconsideration", allow Plaintiff to Pursue his alleged Constitutional Claims without obstruction on the part of jail Staff, and respectfully, for all other relief deemed

Proper and Just herein.

Respectfully Submitted,

(S) _Javier Perez_

JAVIER PEREZ

By _Melvin DeVost_

MELVIN L. DEVOST

## CERTIFICATE OF SERVICE

I, JAVIER PEREZ, AND by ASSiStANt MELViN DeVost, Swear under Penalty of Perjury that I Served a copy of the attached document on each Defendant by placing it in the Mail at the Lake County Jail Waukegan, Illinois 60085 on 06-10-08.

*  JeNNiFer Witherspoon
*  Megan Riccardo,
     Defendants Served
     06-10-08

(S) _Javier Perez_
PLAINTIFF,
JAVIER PEREZ

(S) _Melvin DeVost Sr._
LEGAL ASSiStANt
MELVIN DEVOST Sr.

STATE OF ILLINOIS }
COUNTY OF LAKE    }

### AFFIDAVIT

I, _Javier Perez_ _____, being first duly sworn on his oath, depose and state that the contents of the foregoing Affidavit are true in substance and in fact to the best of my knowledge.

Was unable to respond to Court's Order of 05-21-08 due to my illiteracy, as well as my complete lack of knowledge regarding Civil Procedure. [MELVIN DeVost] is hereby authorized to both assist me in all Future Filings and recieve any/all Notices/Orders from the Court until such time as Legal Counsel can be obtained.

_____
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 19____.

_____
Notary Public

STATE OF ILLINOIS }
COUNTY OF LAKE }

### AFFIDAVIT

I, Melvin L. DeVost _____, being first duly sworn on his oath, depose and state that the contents of the foregoing Affidavit are true in substance and in fact to the best of my knowledge.

That Javier Perez, being illiterate did hereby request My legal assistance in the entitled case # 08 C2401. For Motion to reconsider Court's order of 05-21-08. And further attest that the Prior Inmate who assisted Plaintiff Perez, is No longer housed [confined] With said Plaintiff. And Should it please Said Court, I will provide Said Assistance until Such time as Counsel has been obtained. (Barring any obstruction by Lake County Jail Staff).

Melvin DeVost Sr.
Affiant  MELVIN DEVOST SR.
06-04-08

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 19____.

_____
Notary Public

Dear Clerk,                                    06-10-08

Enclosed please find Plaintiff
JAVIER PEREZ' Motion for Reconsid-
eration, and Attached Affidavits.
Please Note! I, MELVIN DEVOST, have
been authorized by Plaintiff PEREZ
to LEGALLY ASSIST in his filings.
The LAKE County JAIL May require
A Court's Order/or injunction
to Prohibit All jail Staff from
hendering Legal assistance by
MELVIN DEVOST in the entitled
cause.
I will Submit all required
filings to the Clerk upon order
of the Court. And Am hereby
authorized to recieve Said Court
Correspondances and likewise
Prepare Said filings.

Thank You in advance

                    (S) Melvin Devost
                        MELVIN DEVOST

            FOR: JAVIER PEREZ
                 (S) Javier Perez