```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION

JAVIER PEREZ,                    )
                                 )
                Plaintiff,       )
                                 )
     v.                          )   No.  08 C 2401
                                 )
JENNIFER WITHERSPOON, et al.,    )
                                 )
                Defendants.      )
```

MEMORANDUM ORDER

This Court's attention has been called, via a printout listing pending motions in cases assigned to its calendar, to an undisposed-of motion to reconsider (Dkt. 14) filed two weeks ago by pro se litigant Javier Perez ("Perez"). That motion was tendered fully a month after this Court's issuance of its June 6, 2008 memorandum order and three weeks after the extended due date that order had set for Perez to provide evidence <u>that he said he had</u> to show that he had previously exhausted all available administrative remedies (a precondition to the institution of Perez' lawsuit).

Nothing in the June 6 order or in this Court's earlier memorandum orders of April 29 and May 21 required Perez to get the assistance of counsel, or even of a fellow prisoner more versed in legal proceedings. As the June 6 order reflects, the written submission that had been prepared by Perez himself showed that he knew what was needed and that he claimed to have the necessary documents in hand:

> However plaintiff states he has document that prove or show that all admin. Remides have been fully exhausted on the Plaintiffs Behalf.

This Court accordingly sees no basis for vacating its May 21 memorandum order, and Perez' motion to reconsider is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date:  July 25, 2008